CUYAHOGA COUNTY BAR ASSOCIATION *v.* CAYWOOD.

[Cite as *Cuyahoga Cty. Bar Assn. v. Caywood*
(1991), 62 Ohio St.3d 185.]

(No. 91–1249—Submitted September 18, 1991—Decided December 11, 1991.)

186

*Engeline H. Koepper, Deborah R. Akers* and *Gary S. Fishman,* for relator.
*Edwin H. Jacobs,* for respondent.

---

*Per Curiam.* We concur in the board's findings of respondent's violations of the aforementioned Disciplinary Rules and in its recommendation. Respondent is hereby suspended from the practice of law in Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.